IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| C.T., A Minor, By and Through L.T., His Guardian Ad Litem, | CASE NO.   C07 01659 |
| Plaintiff/Counter-Defendant, | ~~(PROPOSED)~~ ORDER |
| v. | |
| LOS ALTOS ELEMENTARY SCHOOL DISTRICT, | Date:   June 26, 2007 Time:   2:00 p.m. |
| Defendant/Counter-Complainant. | |

The parties' joint request for a telephonic appearance at the Initial Case Management Conference on June 26, 2007, at 2:00 p.m. having been considered, and good cause appearing,

IT IS SO ORDERED that counsel for Plaintiff and counsel for Defendant will appear telephonically at the Initial Case Management Conference on June 26, 2007, at 2:00 p.m.
PLAINTIFF TO INITIATE JOINT CALL TO 415-522-4141.

DATED:   6/21/2007

*[signature]*
MARTIN J. JENKINS,
U.S. DISTRICT COURT JUDGE

1  Presented by:
2
3   /s/ Geralyn M. Clancy
    Geralyn M. Clancy
4  Attorneys for Plaintiff C.T.